IN THE UNITED STATES DISTRICT COURTS
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| VALDA MORGAN<br>     Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 4:10-cv-452 |
| | § | (consolidated with 4:11cv40) |
| RAY BRASWELL, ET. AL.,<br>     Defendants. | §<br>§<br>§ | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 5, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (Dkt. 104 in 4:10cv452 and Dkt. 28 in 4:11cv40) be DENIED.

Having received the report of the United States Magistrate Judge and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (Dkt. 104 in 4:10cv452 and Dkt. 28 in 4:11cv40) is DENIED.

**IT IS SO ORDERED.**

**SIGNED this the 30th day of March, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE