IN THE UNITED STATES DISTRICT COURTS
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| VALDA MORGAN | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:10-cv-452 |
| | § | (consolidated with 4:11cv40) |
| RAY BRASWELL, ET. AL., | § | |
|     Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND
ORDER DENYING MOTION FOR RECONSIDERATION**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On February 19, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Denton Independent School District's Motion for Summary Judgment (Dkt. 223) be GRANTED in its entirety and that Plaintiff take nothing by any of her claims.

The court has made a *de novo* review of *pro se* Plaintiff's objections, as well as Defendant's response. The court has further reviewed Plaintiff's Motion for Reconsideration of Plaintiff's Evidence (Dkt. 284) and Defendant's response.

Plaintiff's Motion for Reconsideration of Plaintiff's Evidence (Dkt. 284) is DENIED. The court is further of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit as to the ultimate findings of the Magistrate Judge. The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions

1

of this court.

Therefore, Denton Independent School District's Motion for Summary Judgment (Dkt. 223) is GRANTED in its entirety and Plaintiff shall take nothing by any of her claims.

**IT IS SO ORDERED.**

**SIGNED this the 26th day of March, 2014.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE